```
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA
                     MIAMI DIVISION
               CASE NO. 05-20623-CR-GRAHAM
```

UNITED STATES OF AMERICA,

        Plaintiff,
vs.

MARQUITTA ROBINSON,

        Defendant.
_____/

## NOTICE OF HEARING

**THIS CAUSE** is hereby set for a **Final Revocation Hearing** before the Honorable Judge Donald L. Graham, at the James Lawrence King Federal Justice Building, Eleventh Floor, Courtroom 1, 99 N.E. 4th Street, Miami, Florida on **Tuesday, February 26, 2008** at **10:30 a.m.**

**DONE AND ORDERED** in Chambers, at Miami, Florida, this 19th day of February, 2008.

_____
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

Copied: Marcus A. Christian, AUSA
       Sowmya Bharathi, AFPD
       Marilyn G. Westfield, USPO